**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| TORREY PRICHARD, | Case No. 1:19-cv-573 |
|     Plaintiff, | |
| | Bowman, M.J. |
|   v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
|     Defendant. | |

**ORDER**

This matter is now before the Court on the parties' joint motion for relief from the Court's September 16, 2020, judgment, and for judgment entry reversing with remand the Commissioner's final administrative decision. (Doc. 22). The parties have consented to disposition of this matter by the Magistrate Judge pursuant to 28 U.S.C. § 636. (Doc. 6).

On July 15, 2019, Plaintiff commenced this action pursuant to 42 U.S.C. § 405(g), seeking review of a final decision of Defendant, the Commissioner of Social Security. (Doc. 1). On September 16, 2020, following full briefing by the parties, the Court entered final judgment in favor of the Commissioner. (Doc. 15). On November 12, 2020, Plaintiff filed a timely notice of appeal (6th Cir. No. 20- 4207). (Doc. 16).

Thereafter, on April 13, 2021, this Court granted the parties' joint motion for an indicative ruling, indicating that it would grant the parties' joint motion for relief from judgment upon remand from the Court of Appeals. (Doc. 20). On November 15, 2021, the Court of Appeals granted the parties' Federal Rule of Appellate Procedure 12.1(b)

motion to remand this case to the district court for the purpose of modifying the judgment pursuant to the district court's indicative ruling. (Doc. 21).

In light of the foregoing and for good cause shown, the parties' joint motion for relief from the Court's September 16, 2020 (Doc. 22) is herein **GRANTED**. The ALJ's decision denying Plaintiff's application for disability benefits is therefore **REVERSED**; and this matter is **REMANDED** for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

                                                     *s/Stephanie K. Bowman*
                                                     Stephanie K. Bowman
                                                     United States Magistrate Judge